IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 1:20-cr-180-RP |
| MERLE REINE, | § | |
| Defendant. | § | |

## ORDER

Before the Court are the government's objections to the sealed report and recommendation, (Dkt. 41). (Objs. R. & R., Dkt. 43). This matter was referred to United States Magistrate Judge Dustin Howell for findings and recommendations, pursuant to 28 U.S.C. § 636(b). A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because the government timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having conducted a *de novo* review of the report and recommendation, reviewed the record, and listened to the recording of the hearing, the Court overrules the government's objections and adopts the report and recommendation as its own order.

Accordingly, **IT IS ORDERED** that the report and recommendation, (Dkt. 41), is **ADOPTED**.

**SIGNED** on October 3, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE